ELIZABETH CAPONE, Respondent-Appellant, v. HOWARD H. OSMUN, Respondent, and SALINA CHEVROLET COMPANY et al., Appellants.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

BERNICE DOMBROWSKI, Appellant, v. STANLEY DOMBROWSKI, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

(May 12, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY J. KLEINGER, Respondent, against WILLIAM HUNT, as Warden of Attica State Prison, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.